IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


GERTRUDE BROOKS                                              Plaintiff

v.                            5:07CV00217 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                     Defendant

### ORDER

Defendant has filed a motion to remand. Defendant offers, for good cause, that he desires to have the case remanded for a <u>de novo</u> hearing because significant portions of the recording of the previous hearing are inaudible. Plaintiff has not opposed the remand by filing any objection.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper. The motion of the Defendant (docket #4) is hereby granted, and this case is remanded to the Commissioner. This is a "sentence six" remand. The Clerk is directed to administratively

close this file.

IT IS SO ORDERED.

DATED this 20th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE